# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| SANDRA WARD, | CASE NO. 1:17-cv-0667 |
| Plaintiff, | JUDGE SARA LIOI |
| vs. | **MEMORANDUM OPINION** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. [. . .]

28 U.S.C. § 636(b)(1)(C). The R&R was filed on May 1, 2018. (*See* Doc. No. 17.) No objections were filed on or before the fourteen-day deadline, and no extension of time has been sought.

The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The R&R recommends affirming the Commissioner's decision. The Court has reviewed the R&R and finds it to be thoroughly written and reasoned. Therefore, the Court accepts the same.

Accordingly, the Court concludes that the Commissioner's decision to deny plaintiff's applications for Period of Disability and Disability Insurance Benefits under Title II of the Social

Security Act, 42 U.S.C. §§ 416(i), 423 *et seq.* was supported by substantial evidence and must be

**AFFIRMED.**

      **IT IS SO ORDERED**.


Dated: May 25, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**